```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF OREGON

MARILYN K. HOWELL,               )
                                 )
            Plaintiff,           )   Case No. 07-994-HO
                                 )
         v.                      )   JUDGMENT
                                 )
Commissioner of Social Security, )
                                 )
            Defendant.           )
_____)
```

The decision of the Commissioner is affirmed.

DATED this ____5th____ day of __August_____, 2008.

                                            s/ Michael R. Hogan
                                      UNITED STATES DISTRICT JUDGE

1 - JUDGMENT